UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br> v.                              )<br>                                 )<br> Joy Johnson,                    )<br>                                 )<br>            Defendant.           )<br>_____  ) | Case No. 2:08-mj-217 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  Joy Johnson  Case 2:08-mj-217 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_ Release on Personal Recognizance

- \_ Bail Posted in the Sum of _____

- X  Unsecured bond in the amount of $50,000, co-signed by defendant's mother and father-in-law, to be replaced by a secured bond, secured by the real property owned by defendant's mother and father-in-law within three weeks

- \_ Appearance Bond with 10% Deposit

- \_ Appearance Bond secured by Real Property

- \_ Corporate Surety Bail Bond

- X  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/20/08  at  3:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge