Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center
Suite 2320
Long Beach, CA  90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841

Attorney for Defendant
JOY JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JOY JOHNSON, et al., )<br>)<br>Defendant. )<br>)<br>) | NO: 2:08-cr-00318-LKK<br><br>ORDER RE WAIVER OF APPEARANCE<br>BY DEFENDANT JOY JOHNSON |

      Pursuant to Fed.R.Crim.P. 43, defendant, JOY JOHNSON, herby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

      Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

///

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal appearance.

DATED: August 8, 2008

                                        */s/ Joy Johnson*
                                        Joy Johnson
                                        Defendant
                                        (Original retained by attorney)

                                        */s/ Joseph H. Low IV*
                                        Joseph H. Low IV
                                        Attorney for Defendant, Joy Johnson

IT IS SO ORDERED.

Dated: August 14, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT