**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LENIN GALEANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-08-318-LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE TO |
| ) | OCTOBER 28, 2008 |
| JOY JOHNSON, et al, , ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. Courtney Linn,  defendant, JOY JOHNSON, represented by Mr. Joseph H. Lowe, IV, defendant CORY WHALEN, represented by Mr. John R. Manning, defendant, ELIZABETH CARRION, represented by Mr. Bruce Locke, defendant CARMEN GALEANO, represented by Mr. Joseph J. Wiseman, defendant ANGELITO EVANGELISTA, represented by Dwight M. Samuel, defendant CLARISA ANG, represented by Mr. Michael D. Long, defendant CRIS ANG, represented by Ms. Mary M. French, defendant LYDIA ANG, represented by Mr. Roger W. Patton, and defendant LENIN GALEANO,  represented by  Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Tuesday, August 19, 2008, at 9:30 a.m.,  before the Honorable Senior United States District

1

1 Court Judge, Lawrence K. Karlton, shall be continued to Tuesday, October 28, 2008,
2 at 9:30 a.m..
3    Ms. Ana Rivas, the Court's courtroom deputy clerk, was contacted by counsel
4 to check the proposed date and the date of Tuesday, October 28, 2008, was open and
5 available for the Court for a further status hearing date. No trial date has been set. All
6 the defendants are out of custody.

## STATUS OF THE CASE TO DATE

9    On June 18, 2008, the government filed a compliant in this case naming nine
10 defendants. (See Docket Entry #1). Each of the nine defendants have been released on
11 Pre-Trial release conditions. (See Docket Entries # 14, 17, 20, 31, 37, 45, 48, 61 and
12 64.) The Indictment was filed on July 9, 2008. (See Docket Entry # 67)
13    All nine defendants were arraigned on the Indictment, all nine defendants set a
14 first status conference date of Tuesday, August 19, 2008, and the parties agreed to
15 exclude time from the arraignments to Tuesday, August 19, 2008, for attorney
16 preparation which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), under
17 local code T-4. (See Docket Entries # 69, 74 and 79).
18    The case has not been set for motions or for trial.
19    All of the defendants are out of custody.

## DISCOVERY TO DATE

22    The government has provided the following discovery to date: CD's containing
23 over 12,000 pages of discovery.

**SPEEDY TRIAL ACT-EXCLUSION OF TIME**

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., based on the complexity of the case due to the amount of discovery , to date over 12,000 pages, the fact that there are nine defendants, the fact of the complex nature of the legal and factual issues in the case based on the allegations in the Indictment (which include eleven (11) counts of mail fraud, two (2) counts of false statement to financial institutions, five (5) counts of Engaging in Monetary Transactions in Criminally Derived Property and Forfeiture allegations against all the defendants, See Docket Entry # 67) which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-2 and the needs of counsel to prepare which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii) and (iv) and Local Code T-4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A), for the all of the above stated factual reasons. Thus, the parties agree and stipulate under Local Code T-2 and T-4 for time to be excluded from the Speedy Trial Act from Tuesday, August 19, 2008 to Tuesday, October 28, 2008.

Finally, James R. Greiner has been authorized by counsel for the government and other defense counsel to sign on their behalf.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 8-14-08

/s/ COURTNEY J. LINN authorized by e mail and telephone
_____
COURTNEY J. LINN
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

3

| | | |
|---|---|---|
| 1 | DATED: 8-14-08 | THE LAW FIRM OF JOSEPH H. LOW, IV |
| 2 | | /s/ JOSEPH H. LOW authorized by telephone |
| 3 | | _____ |
| | | JOSEPH H. LOW |
| | | ATTORNEY FOR DEFENDANT |
| 4 | | JOY JOHNSON (1) |
| 5 | DATED: 8-14-08 | LAW OFFICE OF JOHN R. MANNING |
| 6 | | /s/ JOHN R. MANNING authorized by e mail |
| 7 | | _____ |
| | | JOHN R. MANNING |
| | | ATTORNEY FOR DEFENDANT |
| 8 | | CORY WHALEN (2) |

```
1    DATED: 8-14-08                THE LAW FIRM OF JOSEPH H. LOW, IV

2                                  /s/ JOSEPH H. LOW authorized by telephone
                                   _____
3                                  JOSEPH H. LOW
                                   ATTORNEY FOR DEFENDANT
4                                  JOY JOHNSON (1)

5    DATED: 8-14-08                LAW OFFICE OF JOHN R. MANNING

6                                  /s/ JOHN R. MANNING authorized by e mail
                                   _____
7                                  JOHN R. MANNING
                                   ATTORNEY FOR DEFENDANT
8                                  CORY WHALEN (2)

9
     DATED: 8-14-08                MOSS & LOCKE
10
                                   /s/ BRUCE LOCKE authorized by e mail
11                                 _____
                                   BRUCE LOCKE
12                                 ATTORNEY FOR DEFENDANT
                                   ELIZABETH CARRION (3)
13
     DATED: 8-14-08                LAW OFFICE OF JOSEPH J. WISEMAN
14
                                   /s/ JOSEPH J. WISEMAN authorized by e mail
15                                 _____
                                   JOSEPH J. WISEMAN
16                                 ATTORNEY FOR DEFENDANT
                                   CARMEN GALEANO (5)
17
     DATED: 8-14-08                LAW OFFICES OF DWIGHT M. SAMUEL
18
                                   /s/ DWIGHT M. SAMUEL authorized by e mail
19                                 _____
                                   DWIGHT M. SAMUEL
20                                 ATTORNEY FOR DEFENDANT
                                   ANGELITO EVANGELISTA (6)
21
     DATED: 8-14-08                LAW OFFICE OF MICHAEL D. LONG
22
                                   /s/ MICHAEL D. LONG authorized by e mail
23                                 _____
                                   MICHAEL D. LONG
24                                 ATTORNEY FOR DEFENDANT
                                   CHARISA ANG (7)
25

26

27

28
                                            4
```

| | | |
|---|---|---|
| 1 | DATED: 8-14-08 | OFFICE OF THE FEDERAL DEFENDER |
| 2 | | /s/MARY M. FRENCH authorized by e mail |
| 3 | | _____ |
| | | MS. MARY M. FRENCH |
| | | ATTORNEY FOR DEFENDANT |
| 4 | | CRIS ANG (8) |
| 5 | DATED: 8-14-08 | PATTON WOLAN CARILSE |
| 6 | | /s/ ROGER W. PATTON authorized by telephone |
| 7 | | _____ |
| | | ROGER W. PATTON |
| | | ATTORNEY FOR DEFENDANT |
| 8 | | LYDIA ANG (9) |
| 9 | DATED: 8-14-08 | LAW OFFICES OF JAMES R. GREINER |
| 10 | | /s/ JAMES R. GREINER |
| 11 | | _____ |
| | | JAMES R. GREINER |
| | | ATTORNEY FOR DEFENDANT |
| 12 | | LENIN GALEANO (4) |

**ORDER**

**FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

DATED: AUGUST 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

5