```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
CORY WHALEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-318 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| JOY JOHNSON, et al., ) | |
| ) | |
| ) | Date: 10/28/08 |
| Defendants. ) | Time: **9:15 a.m.** |
| _____) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Courtney J. Linn, Assistant United States Attorney, together with counsel for defendant Joy Johnson, Donald H. Heller, Esq., counsel for defendant Cory Whalen, John R. Manning, Esq., counsel for defendant Elizabeth Carrion, Bruce L. Locke, Esq., counsel for defendant Carmen Galeano, Joseph J. Wiseman, Esq., counsel for defendant Angelito Evangelista, Dwight M. Samuel, Esq., counsel for defendant Clarisa Ang, Michael D. Long, Esq., counsel for defendant Cris Ang, Michael B. Bigelow, Esq., counsel for defendant Lydia Ang, Roger W. Patton, Esq., and counsel for defendant Lenin Galeano, James R. Greiner, Esq., that the status conference presently set

1

1 | for October 28, 2008 be **continued to January 13, 2009, at 9:15**
2 | **a.m.**, thus **vacating** the presently set status conference.
3 |     It is further stipulated that the time between October 28,
4 | 2008 and January 13, 2009 can appropriately be excluded from the
5 | Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local
6 | Code T-2) and 18 USC § 3161(h)(8)(B)(iv)(Local T-4).  This is
7 | based on the complexity of the case, including over 12,000 pages
8 | of discovery, the fact there are nine co-defendants, and the
9 | complex nature of the legal and factual issues in the case based
10 | on the allegations in the Indictment (11 counts of mail fraud,
11 | two counts of false statement to financial institutions, five
12 | counts of engaging in monetary transactions in criminally derived
13 | property and forfeiture allegations) against all the defendants.
14 | IT IS SO STIPULATED.

15 | Dated: October 24, 2008          /s/ Donald H. Heller
                                     DONALD H. HELLER
16 |                                  Attorney for Defendant
                                     Joy Johnson
17 |
     Dated: October 24, 2008          /s/ John R. Manning
18 |                                  JOHN R. MANNING
                                     Attorney for Defendant
19 |                                  Cory Whalen

20 | Dated: October 24, 2008          /s/ Bruce L. Locke
                                     BRUCE L. LOCKE
21 |                                  Attorney for Defendant
                                     Elizabeth Carrion
22 |
     Dated: October 24, 2008          /s/ Joseph J. Wiseman
23 |                                  JOSEPH J. WISMEAN
                                     Attorney for Defendant
24 |                                  Carmen Galeano

25 | Dated: October 24, 2008          /s/ Dwight M. Samuel
                                     DWIGHT M. SAMUEL
26 |                                  Attorney for Defendant
                                     Angelito Evangelista
27 |
28 |

```
 1  Dated: October 24, 2008            /s/ Michael D. Long
                                      MICHAEL D. LONG
 2                                    Attorney for Defendant
                                      Clarisa Ang
 3
    Dated: October 24, 2008            /s/ Michael B. Bigelow
 4                                    MICHAEL B. BIGELOW
                                      Attorney for Defendant
 5                                    Cris Ang

 6  Dated: October 24, 2008            /s/ Roger W. Patton
                                      ROGER W. PATTON
 7                                    Attorney for Defendant
                                      Lydia Ang
 8
    Dated: October 24, 2008            /s/ James R. Greiner
 9                                    JAMES R. GREINER
                                      Attorney for Defendant
10                                    Lenin Galeano

11
    Dated: October 24, 2008           McGREGOR W. SCOTT
12                                    United States Attorney

13
                                      by:   /s/ Courtney J. Linn
14                                    COURTNEY J. LINN
                                      Assistant U.S. Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) Case No.  CR.S 08-318 LKK
                                 )
            Plaintiff,           )
                                 )
     v.                          ) ORDER TO
                                 ) CONTINUE STATUS CONFERENCE
JOY JOHNSON, et al.,             )
                                 )
                                 )
            Defendants.          )
_____

   GOOD CAUSE APPEARING, it is hereby ordered that the October 28, 2008 status conference be continued to January 13, 2009 at **9:15 a.m.**  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to January 13, 2009.

IT IS SO ORDERED.

Dated: October 27, 2008

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

4