IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA | CASE NO. 2:08-CR-00318 LKK |
|---|---|
| Plaintiff, | |
| vs. | ORDER REGARDING TRAVEL RESTRICTION FOR DEFENDANT JOY JOHNSON |
| JOY JOHNSON, CORY WHALEN, ELIZABETH CARRION, LENIN GALEANO, CARMEN GALEANO ANGELITO EVANGELISTA, CLARISA ANG, CRIS ANG, AND LYDIA ANG | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant Joy Johnson's travel restriction be changed to the following: Defendant Joy Johnson is permitted to travel within the State of California without prior approval of the Office of Pretrial Services.

IT IS SO ORDERED

Dated: November 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

H:\Active Cases\Johnson, Joy\Pleadings\order Revised Stipulation and Order regarding travel restrictions.DOC

1
**ORDER**