```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  CORY WHALEN

 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )    CR NO. S-08-318 LKK
                                  )
11          Plaintiff,             )    STIPULATION AND
                                  )    ORDER CONTINUING
12      v.                         )    STATUS CONFERENCE
                                  )
13  JOY JOHNSON, et al.,          )
                                  )
14                                )    Date:   1/13/09
            Defendants.            )    Time:   9:15 a.m.
15  _____)    Judge:  Hon. Lawrence K.
                                              Karlton
16
```

17     IT IS HEREBY stipulated between the United States of America

18  through its undersigned counsel, Russell L. Carlberg, Assistant

19  United States Attorney, together with counsel for defendant Joy

20  Johnson, Donald H. Heller, Esq., counsel for defendant Cory

21  Whalen, John R. Manning, Esq., counsel for defendant Elizabeth

22  Carrion, Bruce L. Locke, Esq., counsel for defendant Carmen

23  Galeano, Joseph J. Wiseman, Esq., counsel for defendant Angelito

24  Evangelista, Dwight M. Samuel, Esq., counsel for defendant

25  Clarisa Ang, Michael D. Long, Esq., counsel for defendant Cris

26  Ang, Michael B. Bigelow, Esq., counsel for defendant Lydia Ang,

27  Roger W. Patton, Esq., and counsel for defendant Lenin Galeano,

28  James R. Greiner, Esq., that the status conference presently set

                                    1

for January 13, 2009 be **continued to March 24, 2009, at 9:15 a.m.**, thus **vacating** the presently set status conference. The reason for the continuance is the need for defense counsel to have adequate time to prepare the case.

It is further stipulated that the time between January 13, 2009 and March 24, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local T-4). This is based on the complexity of the case, including over 12,000 pages of discovery, the fact there are nine co-defendants, and the complex nature of the legal and factual issues in the case based on the allegations in the Indictment (11 counts of mail fraud, two counts of false statement to financial institutions, five counts of engaging in monetary transactions in criminally derived property and forfeiture allegations) against all the defendants.

IT IS SO STIPULATED.

Dated: January 7, 2009         /s/ Donald H. Heller
                               DONALD H. HELLER
                               Attorney for Defendant
                               Joy Johnson

Dated: January 7, 2009         /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Cory Whalen

Dated: January 7, 2009         /s/ Bruce L. Locke
                               BRUCE L. LOCKE
                               Attorney for Defendant
                               Elizabeth Carrion

Dated: January 7, 2009         /s/ Joseph J. Wiseman
                               JOSEPH J. WISMEAN
                               Attorney for Defendant
                               Carmen Galeano

///

///

```
1  Dated: January 7, 2009              /s/ Dwight M. Samuel
                                       DWIGHT M. SAMUEL
2                                      Attorney for Defendant
                                       Angelito Evangelista
3

4  Dated: January 7, 2009              /s/ Michael D. Long
                                       MICHAEL D. LONG
5                                      Attorney for Defendant
                                       Clarisa Ang
6
   Dated: January 7, 2009              /s/ Michael B. Bigelow
7                                      MICHAEL B. BIGELOW
                                       Attorney for Defendant
8                                      Cris Ang

9  Dated: January 7, 2009              /s/ Roger W. Patton
                                       ROGER W. PATTON
10                                     Attorney for Defendant
                                       Lydia Ang
11
   Dated: January 7, 2009              /s/ James R. Greiner
12                                     JAMES R. GREINER
                                       Attorney for Defendant
13                                     Lenin Galeano

14
   Dated: January 7, 2009              LAWRENCE G. BROWN
15                                     Acting United States Attorney

16
                                       by:  /s/ Russell L. Carlberg
17                                          RUSSELL L. CARLBERG
                                            Assistant U.S. Attorney
18

19

20

21

22

23

24

25

26

27

28
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR. S 08-318 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.       ) | ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| JOY JOHNSON, et al.,    ) | |
| ) | |
| ) | |
| Defendants.  ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the January 13, 2009 status conference be continued to March 24, 2009 at 9:15 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to March 24, 2009.

IT IS SO ORDERED.

Dated: January 12, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4