```
1   LAWRENCE G. BROWN
    Acting United States Attorney
2   RUSSELL L. CARLBERG
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-08-318 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| JOY JOHNSON, et al., | |
| Defendants. | |

This matter came on for a specially-set status conference on March 24, 2009, in the courtroom of the Honorable Lawrence K. Karlton. Russell L. Carlberg, Assistant United States Attorney, appeared for the United States. Donald H. Heller, Esq., appeared on behalf of defendant Joy Johnson. John R. Manning, Esq., appeared on behalf of defendant Cory Whalen. Bruce L. Locke, Esq., appeared on behalf of defendant Elizabeth Carrion. Joseph J. Wiseman, Esq., appeared on behalf of defendant Carmen Galeano. Dwight M. Samuel, Esq., appeared on behalf of defendant Angelito Evangelista. Michael D. Long, Esq., appeared on behalf of defendant Clarisa Ang. Michael B. Bigelow,

1

1  Esq., appeared on behalf of defendant Cris Ang.  Roger W. Patton,
2  Esq., appeared on behalf of defendant Lydia Ang.  James R.
3  Greiner, Esq., appeared on behalf of defendant Lenin Galeano.

   The government has provided over 12,000 pages of discovery. Defense counsel represented that more time was needed to investigate, to prepare the case, and to address Bruton issues. Accordingly, upon motion of the defendants, the status conference is ordered continued until April 28, 2009 at 9:15 a.m. in Courtroom 4 before Senior Judge Lawrence K. Karlton. The continuance is necessary for counsel adequately to review the discovery provided by the government, go over the discovery with their clients and to conduct further investigation in the case. Thus, the requested continuance is for effective and diligent preparation of counsel.

   The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. §§ 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded as to all defendants from March 24, 2009 through April 28, 2009.

   The government is also ordered to provide to Mr. Heller a list of the first five defendants it wishes to try in this case.
   IT IS SO ORDERED.
   Dated: April 2, 2009

   /s/ Lawrence K. Karlton
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT