```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-318 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER SETTING TRIAL DATES AND EXCLUDING TIME |
| v. | ) | |
| JOY JOHNSON, et al., | ) | |
| Defendants. | ) | |

This matter came on for status conference on April 28, 2009, in the courtroom of the Honorable Lawrence K. Karlton. Russell L. Carlberg, Assistant United States Attorney, appeared for the United States. Donald H. Heller, Esq., appeared on behalf of defendant Joy Johnson. John R. Manning, Esq., appeared on behalf of defendant Cory Whalen. Bruce L. Locke, Esq., appeared on behalf of defendant Elizabeth Carrion. Joseph J. Wiseman, Esq., appeared on behalf of defendant Carmen Galeano. Dwight M. Samuel, Esq., appeared on behalf of defendant Angelito Evangelista. Michael D. Long, Esq., appeared on behalf of defendant Clarisa Ang. Michael B. Bigelow, Esq., appeared on

1

1  behalf of defendant Cris Ang.  Roger W. Patton, Esq., appeared on
2  behalf of defendant Lydia Ang.  James R. Greiner, Esq., appeared
3  on behalf of defendant Lenin Galeano.

   In light of the Court's rule that it tries no more than five defendants at once, and upon motion of the government, the Court ordered that the defendants be tried in two groups, referred to hereafter as "Trial Group #1" and "Trial Group #2."

   Trial Group #1 is comprised of the following defendants: Chris Ang, Clarisa Ang, Lydia Ang and Cory Whalen.

   Trial Group #2 is comprised of the following defendants: Joy Johnson, Elizabeth Carrion, Lenin Galeano, Carmen Galeano, and Angelito Evangelista.

   Due to the availability of counsel and the Court's schedule, the Court sets the following trial dates for the two groups:

   **Trial Group #1**: Jury Trial to commence November 17, 2009, at 10:30 a.m. in Courtroom 4 before Senior Judge Lawrence K. Karlton. Trial confirmation Hearing set for November 3, 2009, at 9:15 a.m. in the same court.

   **Trial Group #2**: Jury Trial to commence January 12, 2010 at 10:30 a.m. in Courtroom 4 before Senior Judge Lawrence K. Karlton.  Trial Confirmation Hearing set for December 15, 2009 at 9:15 a.m. in the same court.

   The government has provided over 12,000 pages of discovery. Defense counsel represented that more time was needed to investigate and to prepare the case for trial.  Defense counsel also represented that the case was complex.  The Court finds that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial, and time, therefore,

| | |
|---|---|
| 1 | will be excluded as to all defendants from April 28, 2009 through |
| 2 | and including January 12, 2010, on the basis of preparation of |
| 3 | defense counsel, 18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4), |
| 4 | and case complexity, 18 U.S.C. § 3161 (h)(8)(B)(ii) (local code |
| 5 | T-2). |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: May 15, 2009 |

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT