1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2748

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )     CR NO. S-08-318 LKK
                                   )
12            Plaintiff,           )     ORDER SETTING TRIAL DATE
                                   )     AND EXCLUDING TIME
13       v.                        )
                                   )
14  JOY JOHNSON, et al.,           )
                                   )
15                                 )
             Defendants.           )
16  _____)

17

       On January 5, 2010, in the courtroom of the Honorable
18
   Lawrence K. Karlton, United States District Judge, this matter
19
   came on for (1) an arraignment of the remaining defendants on the
20
   superseding indictment and (2) a trial-setting status conference.
21
   Russell L. Carlberg, Assistant United States Attorney, appeared
22
   for the United States.  Donald H. Heller, Esq., appeared on
23
   behalf of defendant Joy Johnson.  Bruce L. Locke, Esq., appeared
24
   on behalf of defendant Elizabeth Carrion.  Dwight M. Samuel,
25
   Esq., appeared on behalf of defendant Angelito Evangelista.
26
       The Court first arraigned defendants on the superseding
27
   indictment.  The defendants acknowledged their identities,
28

                                   1

1  receipt of the superseding indictment, and waived a formal

2  reading of the superseding indictment.

3      The Court then heard argument regarding a trial date.

4  Counsel for defendant Johnson moved the Court for a trial date of

5  March 30, 2010, representing that the additional discovery

6  supplied by the government over the past three months was largely

7  duplicative of earlier-provided discovery.  Counsel for defendant

8  Evangelista joined the motion of defendant Johnson.  The

9  government joined the motion of defendants Johnson and

10  Evangelista for a trial date of March 30, 2010.  Counsel for

11  defendant Carrion objected to setting a trial date any time

12  before July 2010, stating he was busy with other cases and needed

13  more time to review the discovery.

14      After consideration of the oral argument of the parties and

15  of the memoranda that defendants Johnson, Carrion, and the

16  government filed, the Court sets a trial date of March 30, 2010.

17  A trial confirmation hearing is set for March 16, 2010.  A

18  further status conference is set for February 23, 2010, at which

19  time counsel for defendant Carrion is to report back his progress

20  in reviewing the discovery provided by the government over the

21  past three months.

22      Regarding exclusion of time under the Speedy Trial Act, the

23  Court makes the following findings.  The government has provided

24  in electronic format a total of approximately 25,000 pages of

25  discovery.  Defense counsel represented that additional time was

26  needed to review these documents, and to investigate and to

27  prepare the case for trial.  Defense counsel also represented

28  that the case was complex.  The Court finds that the interests of

1  justice outweigh the best interests of the public and the

2  defendants in a speedy trial, and time, therefore, will be

3  excluded as to all defendants from January 5, 2010, through and

4  including March 30, 2010, on the basis of reasonable preparation

5  of defense counsel taking into account the exercise of due

6  diligence, 18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4), and

7  case complexity, 18 U.S.C. § 3161 (h)(8)(B)(ii) (local code T-2).

8  IT IS SO ORDERED.

9  Dated:    January 12, 2010

10

11

12                        LAWRENCE K. KARLTON
                          SENIOR JUDGE
13                        UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                 3