UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

MAR 02 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

RE:  JOHNSON, Joy (Dkt. No. 2:08CR00318-01)
     **REQUEST TO VACATE JUDGMENT AND SENTENCE
     DATE / SCHEDULE STATUS DATE**

Your Honor:

Defendant Joy Johnson is scheduled for Judgment and Sentencing on May, 11, 2010. Co-defendants Cory Whalen, Lenin Galeano, Clarisa Ang, Cris Ang, and Lydia Ang are scheduled for Status on May 4, 2010 at 9:15 AM. All six of these defendants are scheduled to testify in the trial of other codefendants in the matter, currently calendared for September 14, 2010.

Per agreement with the government and counsel for Joy Johnson, it is respectfully requested that the Judgment and Sentencing date scheduled for May 11, 2010 be vacated; and a status date be scheduled for May 4, 2010, at 9:15 a.m.

At that time, it is anticipated the parties will request a new Judgment and Sentencing date and disclosure schedule for the Presentence Report.

Respectfully submitted,

*Jeffrey C. Oestreicher*

JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

Dated: March 1, 2010
       Sacramento, California

Honorable Lawrence K. Karlton
March 1, 2010
Page 2


cc:  Clerk, United States District Court
     Russell Carlberg, AUSA
     Donald H. Heller, Attorney at Law

✓ Approved

_____ Disapproved

LAWRENCE K. KARLTON
Senior United States District Judge

3/2/10
Date