MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,           ) No. CR-S-08-318 LKK
               Plaintiff,                              )
                                                                  ) STIPULATION AND
   v.                                                        ) ORDER TO CONTINUE THE STATUS
                                                                  ) CONFERENCE
JOY JOHNSON, et al.,                                  )
                                                                  ) Date: 8-10-10
               Defendants.                           ) Time: 9:15 a.m.
================================) Judge: Hon. Lawrence K. Karlton

It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Long, attorney for CLARISA ANG, Michael Bigelow, attorney for CRIS ANG, Roger Patton for LYDIA ANG, John Manning, attorney for COREY WHALEN, Roger Patton for JOY JOHNSON and Jay Greiner, attorney for LENIN GALEANO, that the sentencing hearing date of August 10, 2010, should be continued until December 7, 2010.  Each of the above-listed defendants has pleaded guilty and is awaiting sentencing.  The continuance is necessary as the sentencing must take place after the remaining defendants resolve their cases.

Dated:  August 4, 2010                              Respectfully submitted,

                                                   /s/ Michael D. Long_____
                                                   MICHAEL D. LONG
                                                   Attorney for Clarisa Ang

Dated:  August 4, 2010                              BENJAMIN WAGNER
                                                   United States Attorney

                                                 /s/ Russell Carlberg____
                                                 RUSSELL CARLBERG

Assistant U.S. Attorney

Dated: August 4, 2010                    Respectfully submitted,

/s/ Michael Bigelow_____
MICHAEL BIGELOW
Attorney for Cris Ang


Dated:  August 4, 2010                   Respectfully submitted,

/s/ John Manning_____
JOHN MANNING
Attorney for Corey Whalen

Dated:  August 4, 2010                   Respectfully submitted,

/s/ James Greiner_____
JAMES GREINER
Attorney for Lenin Galeano

Dated:  August 4, 2010                   Respectfully submitted,

/s/ Roger Patton_____
ROGER PATTON
Attorney for Lydia Ang

Dated:  August 4, 2010                   Respectfully submitted,

/s/ Don Heller_____
DON HELLER
Attorney for Joy Johnson

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,      ) No. CR-S-08-318 LKK
               Plaintiff,                     )
                                   ) ORDER
   v.                              )
                                   ) Date:  8-10-10
JOY JOHNSON, et al.,               ) Time: 9:15 a.m.
                                   ) Judge: Hon. Lawrence K. Karlton
              Defendants.             )
================================)

    UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference for CLARISA ANG, CRIS ANG, COREY WHALEN, JOY JOHNSON, LYDIA ANG, and LENIN GALEANO, presently set for August 10, 2010, at 9:15 a.m. be continued to December 7, 2010, at 9:15 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

Dated:  August 6, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT