JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-318 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE |
| | ) | SENTENCING |
| JOY JOHNSON, et al., | ) | |
| | ) | Date: 12-7-10 |
| Defendants. | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell Carlberg, Assistant United States Attorney, together with counsel for defendant Cris Ang, Michael Bigelow, Esq., counsel for defendant Lenin Galeano, Jay Greiner, Esq., counsel for defendant Joy Johnson, Donald Heller, Esq., counsel for defendant Clarissa Ang, Michael Long, Esq., counsel for defendant Lydia Ang, Roget Patton, Esq., and counsel for defendant Cory Whalen, John Manning, Esq., that the sentencing presently set for December 7, 2010 be **continued to March 29, 2011, at 9:15 a.m.,** thus **vacating** the presently set sentencing. The sentencing continuance is requested to allow time for the remaining defendants to resolve their cases. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                               **3/29/11**

Reply, or Statement of Non-Opposition:                          3/22/11

-1-

|   |   |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 3/15/11 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 3/8/11 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 3/1/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 2/15/11 |

Dated:  November 30, 2010                                        Respectfully submitted,

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Cory Whalen

Dated:  November 30, 2010                                        /s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Defendant
Cris Ang

Dated:  November 30, 2010                                        /s/ Jay Greiner
JAY GREINER
Attorney for Defendant
Lenin Galeano

Dated:  November 30, 2010                                        /s/ Donald H.Heller
DONALD HELLER
Attorney for Defendant
Joy Johnson

Dated:  November 30, 2010                                        /s/ Michael Long
MICHAEL LONG
Attorney for Defendant
Clarissa Ang

| | |
|---|---|
| Dated: November 30, 2010 | /s/ Roger Patton<br>ROGER PATTON<br>Attorney for Defendant<br>Lydia Ang |
| Dated: November 30, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Russell Carlberg<br>RUSSELL CARLBERG<br>Assistant U.S. Attorney |

-3-

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) Date:  12-7-10 |
| JOY JOHNSON, et al., | ) Time:  9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |
| | ) |

Based on the Stipulation of counsel filed with this Court, GOOD CAUSE APPEARING, it is hereby ordered that the sentencing for CRIS ANG, COREY WHALEN, JOY JOHNSON, CLARISSA ANG, LYDIA ANG and LENIN GALEANO, presently set for December 7, 2010, at 9:15 a.m. be continued to March 29, 2011, at 9:15 a.m.

Based on the Stipulation of Counsel the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **3/29/11** |
| Reply, or Statement of Non-Opposition: | 3/22/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 3/15/11 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 3/8/11 |

| | |
|---|---|
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 3/1/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 2/15/11 |

Dated:   December 6, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT