JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE |
| | ) SENTENCING |
| JOY JOHNSON, et al., | ) |
| | ) Date: September 20, 2011 |
| Defendants. | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell Carlberg, Assistant United States Attorney, together with counsel for defendant Cris Ang, Michael Bigelow, Esq., counsel for defendant Lenin Galeano, Jay Greiner, Esq., counsel for defendant Joy Johnson, Donald Heller, Esq., counsel for defendant Clarissa Ang, Michael Long, Esq., counsel for defendant Lydia Ang, Roget Patton, Esq., and counsel for defendant Cory Whalen, John Manning, Esq., that the sentencing presently set for March 29, 2011, be **continued to September 20, 2011, at 9:15 a.m.,** thus **vacating** the presently set sentencing.  The sentencing continuance is requested to allow time for the remaining defendants to resolve their cases.  The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                              **9/20/11**

   Reply, or Statement of Non-Opposition:                          9/13/11

-1-

| | | |
|---|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 9/6/11 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | 8/30/11 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 8/23/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | | 8/9/11 |

Respectfully submitted,

Dated: February 17, 2011         /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Cory Whalen

Dated: February 17, 2011         /s/ Michael Bigelow
                                 MICHAEL BIGELOW
                                 Attorney for Defendant
                                 Cris Ang

Dated: February 17, 2011         /s/ Jay Greiner
                                 JAY GREINER
                                 Attorney for Defendant
                                 Lenin Galeano

Dated: February 17, 2011         /s/ Donald Heller
                                 DONALD HELLER
                                 Attorney for Defendant
                                 Joy Johnson

Dated: February 17, 2011         /s/ Michael Long
                                 MICHAEL LONG
                                 Attorney for Defendant
                                 Clarissa Ang

1  Dated: February 17, 2011                    /s/ Roger Patton
2                                              ROGER PATTON
                                               Attorney for Defendant
3                                              Lydia Ang
4
5  Dated: February 17, 2011                    BENJAMIN B. WAGNER
                                               United States Attorney
6
7                                              /s/ Russell Carlberg
                                               RUSSELL CARLBERG
8                                              Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,       ) No. CR-S-08-318 LKK
          Plaintiff,            )
                                    ) ORDER
   v.                               )
                                    ) Date:  September 20, 2011
JOY JOHNSON, et al.,                ) Time:  9:15 a.m.
                                    ) Judge: Hon. Lawrence K. Karlton
          Defendants.           )
                                    )

     GOOD CAUSE APPEARING, it is hereby ordered that the sentencing for CRIS ANG, COREY WHALEN, JOY JOHNSON, CLARISSA ANG, LYDIA ANG and LENIN GALEANO, presently set for March 29, 2011, at 9:15 a.m. be continued to September 20, 2011, at 9:15 a.m.

Dated:  February 24, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-4-