1   **DONALD H. HELLER, SBN 55717**
    **DONALD H. HELLER,**
2   **A Law Corporation**
3   **701 University Avenue, Suite 100**
    **Sacramento, CA  95825**
4   **Telephone: (916) 974-3500**
    **Facsimile: (916) 520-3497**
5
6   **Attorneys for Defendant**
    **Joy Johnson**
7

8                 **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

    **UNITED STATES OF AMERICA**        )       **Case No. 2:08-CR-00318-LKK**
11                                        )
            **Plaintiff,**                )
12                                        )
13                                        )       **STIPULATION AND  ORDER TO**
    **vs.**                               )       **CONTINUE SENTENCING**
14                                        )
                                          )
15                                        )
     **JOY JOHNSON, et.al.,**             )
16          **Defendant.**                )
    _____    )
17

18          IT IS HEREBY stipulated between Ms. Johnson through her undersigned counsel,

19   Donald H. Heller, together with Assistant United States Attorney, Russell Carlberg, that the

20   sentencing presently set for November 29, 2011, be continued to December 13, 2011, at 9:15

21   a.m., thus vacating the presently set sentencing. Assistant U.S. Attorney Carlberg is engaged in a

22   jury trial before Judge Edward Garcia and requires additional time to prepare his letter to the

23   court advising the court of the extent of the defendant's substantial cooperation pursuant to the

24   
25   plea agreement and U.S.S.G. § 5K1.1 .The parties and United States Probation hereby requests

26   that the court adopt the following schedule pertaining to the presentence report:

27

28          Judgment and Sentencing date:                          12/13/11

1    Reply, or Statement of Non-Opposition:                    12/06/11

2    Motion for Correction of the Presentence Report
     Shall be filed with the Court and served on the
3    Probation Officer and opposing counsel no later than:     11/29/11

4

5

6                                                    Respectfully submitted,

7    Dated:  November 15, 2011                        */s/ Donald H. Heller*
                                                      DONALD H. HELLER
8                                                     Attorney for Defendant
                                                      RAYMOND PADILLA, JR.
9

10

11                                                    BENJAMIN B. WAGNER
                                                      United States Attorney
12

     Dated:  November 15, 2011                        */s/ Russell Carlberg*          *
13                                                    RUSSELL CARLBERG
                                                      Assistant United States Attorney
14

15   * Signed with permission

16

17                                   ORDER

18        Based on the Stipulation between Donald H. Heller, Esq. counsel for the defendant

19   Joy Johnson and Russell Carlberg, Esq., Assistant United States Attorney requesting that the

20   sentencing hearing for the defendant be continued from November 29, 2011 to December 13,

21   2011, at 9:15 A.M., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, the

22   sentencing of the defendant Joy Johnson, is hereby continued from November 29, 2011, to

23   December 13, 2011 at 9:15 A.M. It is further ordered that the schedule for disclosure be as

24   follows:

25   //

26   //

27   //

28   //

-2-

**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING**          **Case No. 2:08-CR-00318-LKK**

1    Judgment and Sentencing date:                       12/13/11

2    Reply, or Statement of Non-Opposition:              12/06/11

3    Motion for Correction of the Presentence Report
     Shall be filed with the Court and served on the
4    Probation Officer and opposing counsel no later than:   11/29/11

5

6    Dated:  November 17, 2011

7

8                                    _____
                                     LAWRENCE K. KARLTON
9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING**          **Case No. 2:08-CR-00318-LKK**