```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-318 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO VACATE RESTITUTION |
| v. | ) | HEARING AND ENTER ORDER OF |
| | ) | RESTITUTION |
| JOY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Donald H. Heller, Esq., counsel for defendant Joy Johnson, that the restitution hearing scheduled for February 14, 2012, **may be vacated**, and that an order of restitution **be entered** in accord with the memorandum prepared by Probation, to wit:

1.  Restitution in the amount of $249,122 jointly and severally with co-defendant Rommel Antolin payable to U.S. Bank, as follows:

    U.S. Bank NA
    7485 New Horizon Way
    Frederick, MD 21703-8388
    Re: Assessor's parcel number 0075-182-120

    2.   Restitution in the amount of $77,500, jointly and severally with co-defendant Rommel Antolin, payable to Avelo Mortgage, as follows:

> Avelo Mortgage, LLC
> 250 John W. Carpenter Freeway
> Irving, TX 75039
> Re: Assessor's parcel number 0054-161-100

THEREFORE, the parties stipulate and agree that Joy Johnson shall pay restitution jointly and severally with Rommell Antolin, in the amount of $326,622, payment to begin immediately. Restitution is to be sent to the Clerk of the Court, who shall forward it to the victim(s) as described in the Victim Impact Section. If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. The interest is waived.

DATE: February 13, 2012        BENJAMIN B. WAGNER
                                       United States Attorney

By: /s/ Russell L. Carlberg
Russell L. Carlberg
Assistant U.S. Attorney

/s/*
DONALD H. HELLER
Attorney for Defendant
JOY JOHNSON

**ORDER**

IT IS SO ORDERED.

Dated: February 13, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

* Signed with permission

2