1  **DONALD H. HELLER, SBN 55717**
2  **DONALD H. HELLER,**
   **A Law Corporation**
3  **701 University Avenue, Suite 100**
   **Sacramento, CA  95825**
4  **Tel:  (916) 974-3500**
   **Fax: (916) 520-3497**
5  **E-mail: dheller@donaldhellerlaw.com**
6
7  **ATTORNEYS FOR DEFENDANT**
   **JOY JOHNSON**
8
9
   **IN THE UNITED STATES DISTRICT COURT**
10 **FOR THE EASTERN DISCTRICT OF CALIFORNIA**
11
12 | **UNITES STATES OF AMERICA** | **Case No. 2:08-CR-00318-LKK** |
   |---|---|
13 | **Plaintiff,** | **STIPULATION AND ORDER TO** |
   | | **RELEASE SECURITY SECURE** |
14 | **vs.** | **DEFENDANT'S RELEASE BOND** |
15 | **JOY JOHNSON, et.al.** | |
16 | **Defendant.** | |
17

18     IT IS HEREBY stipulated between the United States of America through its

19 undersigned counsel, Russell Carlberg, Assistant United States Attorney, and counsel for

20 defendant, Donald H. Heller, Esq., that the since the defendant has surrendered at the Federal

21 Prison Camp in Dublin, California, Camp Parks, to serve her felony sentence in February

22
23 2012, defendant's release bond be vacated and all property securing said bond be re-

24 conveyed to the sureties guaranteeing said bond.

25
26 //

27 //

28

1

**STIPULATION AND ORDER VACATING DEFENDANT'S**
**RELEASE BOND AND RECONVEYING PROPERTY SECURING BOND**

**IT IS SO STIPULATED.**

Dated: June 14, 2012                     Donald H. Heller
                                         A Law Corporation

                                         */s/ Donald H. Heller*

                                         DONALD H. HELLER
                                         Attorney for Defendant
                                         Joy Johnson


Dated: June 14, 2012                     Benjamin B. Wagner
                                         United States Attorney


                                         */s/ Russell Carlberg*

                                         By: RUSSELL CARLBERG
                                         Assistant U.S. Attorney


### ORDER

Based on the Stipulation between Donald H. Heller, Esq. counsel for the defendant Joy Johnson and Russell Carlberg, Esq., Assistant United States Attorney, that the since the defendant has surrendered at the Federal Prison Camp in Dublin, California, Camp Parks, to serve her sentence in February 2012, that defendant's release bond be vacated and all property securing said bond be re-conveyed to the sureties guaranteeing said bond.

STIPULATION AND ORDER VACATING DEFENDANT'S
RELEASE BOND AND RECONVEYING PROPERTY SECURING BOND

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, the defendant's release bond is hereby vacated and all property securing said bond be re-conveyed to the sureties guaranteeing said bond.

Dated: June 14, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
U.S. DISTRICT COURT

**STIPULATION AND ORDER VACATING DEFENDANT'S
RELEASE BOND AND RECONVEYING PROPERTY SECURING BOND**